IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENDEL STAFFORD,

   Plaintiff,

     v.

MICHAEL ASTRUE, Commissioner of Social Security,

   Defendant.

NO. 09-cv-278-JPG

## **JUDGMENT**

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kendel Stafford and against the defendant Commissioner of Social Security, that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Commissioner of Social Security is reversed and that this case is remanded to the Commissioner of Social Security for further proceedings and a new decision.  On remand, the Commissioner should reevaluate the weight given to Dr. Tippett's opinion and the determination of Stafford's credibility, and revisit step five of the five-step inquiry, including considering the opinion of a vocational expert, if warranted by the new RFC finding.

                                                                   **NANCY J. ROSENSTENGEL**

                                                                   **By:s/Deborah Agans, Deputy Clerk**

**Date:  May 17, 2010**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**